**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN 229931)
Email: sharonjbrunner@yahoo.com
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: (760) 243-9997; Fax: (760) 843-8155

**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN 170409)
Email: jim@talktoterrell.com
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850; Fax: (760) 952-1085

*Attorneys for Plaintiff Richard Donastorg*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DONASTORG,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF ONTARIO, et al.,<br><br>            Defendants. | Case No. 5:18-cv-00992-JGB (SPx)<br><br>*Honorable Jesus G. Bernal*<br><br>**PLAINTIFF'S AMENDED [PROPOSED] SPECIAL VERDICT FORM** |

# PLAINTIFF'S AMENDED [PROPOSED] SPECIAL VERDICT FORM

**QUESTION 1:** Did any of the following officers use excessive or unreasonable force against Richard Donastorg?

<u>Use of Taser</u>

| Officer | | |
|---|---|---|
| Joshua Hovey | YES _____ | NO _____ |
| Bryce Wilson | YES _____ | NO _____ |
| Joseph Giallo | YES _____ | NO _____ |
| William Mlodzinski | YES _____ | NO _____ |
| Joe Estrada | YES _____ | NO _____ |

<u>Deployment of Pepper Balls</u>

| | | |
|---|---|---|
| Edward Flores | YES _____ | NO _____ |
| Brennan Falconieri | YES _____ | NO _____ |

<u>Deployment of 40mm Impact Rounds</u>

| | | |
|---|---|---|
| Christian Nelson | YES _____ | NO _____ |

<u>Baton/Flashlight Strikes</u>

| | | |
|---|---|---|
| Joshua Hovey | YES _____ | NO _____ |
| Corey Hettinga | YES _____ | NO _____ |
| Matthew Ross | YES _____ | NO _____ |
| Gabriel Gutierrez | YES _____ | NO _____ |

<u>Closed-Fist Strikes with and without TASER</u>

| | | |
|---|---|---|
| William Mlodzinski | YES _____ | NO _____ |

<u>Deployment of K-9</u>

| | | |
|---|---|---|
| Gabriel Gutierrez | YES _____ | NO _____ |
| James Flesher | YES _____ | NO _____ |

<u>Application of Rip-Stop Hobble/Spit Mask</u>

| | | |
|---|---|---|
| Brennan Falconieri | YES _____ | NO _____ |
| Joseph Estrada | YES _____ | NO _____ |

*If you answered "yes" to any defendant in Question 1, please proceed to answer Question 2 for that defendant.*

*If you answered "no" to all defendants in Question 1, please sign and return this form.*

**QUESTION 2:** Was the use of excessive or unreasonable force a cause of Richard Donastorg's harm, damage, injury, or loss?

<u>Use of Taser</u>

| | | |
|---|---|---|
| Joshua Hovey | YES _____ | NO _____ |
| Bryce Wilson | YES _____ | NO _____ |
| Joseph Giallo | YES _____ | NO _____ |
| William Mlodzinski | YES _____ | NO _____ |
| Joe Estrada | YES _____ | NO _____ |

<u>Deployment of Pepper Balls</u>

| | | |
|---|---|---|
| Edward Flores | YES _____ | NO _____ |
| Brennan Falconieri | YES _____ | NO _____ |

//

<u>Deployment of 40mm Impact Rounds</u>

Christian Nelson           YES _____       NO _____

<u>Baton/Flashlight Strikes</u>

Joshua Hovey               YES _____       NO _____
Corey Hettinga             YES _____       NO _____
Matthew Ross               YES _____       NO _____
Gabriel Gutierrez          YES _____       NO _____

<u>Closed-Fist Strikes with and without TASER</u>

William Mlodzinski         YES _____       NO _____

<u>Deployment of K-9</u>

Gabriel Gutierrez          YES _____       NO _____
James Flesher              YES _____       NO _____

<u>Application of Rip-Stop Hobble/Spit Mask</u>

Brennan Falconieri         YES _____       NO _____
Joseph Estrada             YES _____       NO _____

*If you answered "yes" to any defendant in Question 2, please proceed to answer Question 3.*

*If you answered "no" to all defendants in Question 2, please sign and return this form.*

//
//
//

**QUESTION 3:** Was any of the involved Ontario Police Department officers' conduct outrageous?

YES _____   NO _____

*If you answered "yes" to Question 3, please proceed to Question 4.*

*If you answered "no" to Question 3, please skip Questions 4 and 5 and proceed to Question 6.*

*If you answered "no" to Question 1 for all defendants **and** "no" to Question 3, please sign and return this form.*

*If you answered "no" to Question 2 for all defendants **and** "no" to Question 3, please sign and return this form.*

**QUESTION 4**: Did any of the involved Ontario Police Department officers act with reckless disregard of the probability that Richard Donastorg would suffer emotional distress?

YES _____   NO _____

*If you answered "yes" to Question 4, please proceed to Question 5.*

*If you answered "no" to Question 4, please skip Question 5 and proceed to Question 6.*

*If you answered "no" to Question 1 for all defendants **and** "no" to Question 4, please sign and return this form.*

*If you answered "no" to Question 2 for all defendants **and** "no" to Question 4, please sign and return this form.*

**QUESTION 5**: Was the conduct of any the involved Ontario Police Department officers a substantial factor in causing Richard Donastorg's severe emotional distress?

    YES _____        NO _____

*If you answered "yes" to Question 5, please proceed to answer Question 6.*

*If you answered "no" to Question 5, **but** "yes" to Question 2, please proceed to answer Question 6.*

*If you answered "no" to Question 1 for all defendants **and** "no" to Question 5, please sign and return this form.*

*If you answered "no" to Question 2 for all defendants **and** "no" to Question 5, please sign and return this form.*

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

-6-   5:18-cv-00992-JGB (SPx)
PLAINTIFF'S AMENDED [PROPOSED] SPECIAL VERDICT FORM

**QUESTION 6:** What are Richard Donastorg's damages for his injury or harm?

a. Past physical pain, mental suffering, disability, disfigurement, etc.   $ _____

b. Future physical pain, mental suffering, disability, disfigurement, etc.   $ _____

c. Past severe emotional distress   $ _____

d. Future severe emotional distress   $ _____

**TOTAL:**   $ _____

*Please proceed to the next question.*

**QUESTION 7**: Was the conduct of any the involved Ontario Police Department officers malicious, oppressive or in reckless disregard of Richard Donastorg's rights?

| Officer | YES | NO |
|---|---|---|
| Joseph Estrada | _____ | _____ |
| Brennan Falconieri | _____ | _____ |
| James Flesher | _____ | _____ |
| Edward Flores | _____ | _____ |
| Gabriel Gutierrez | _____ | _____ |
| Joseph Giallo | _____ | _____ |
| Corey Hettinga | _____ | _____ |

| | | |
|---|---|---|
| Joshua Hovey | YES _____ | NO _____ |
| William Mlodzinski | YES _____ | NO _____ |
| Christian Nelsen | YES _____ | NO _____ |
| Matthew Ross | YES _____ | NO _____ |
| Bryce Wilson | YES _____ | NO _____ |

*Please sign and date this verdict form and return it to the Court.*

Dated: _____        Signed: _____

Jury Foreperson