# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | EDCV18-992-JGB-(SPx) |
| Title: | Richard Donastorg v. City of Ontario, et al. |
| Date | June 17, 2021 |

Present: The Honorable **Jesus G. Bernal, United States District Judge**

| Maynor Galvez / Noe U. Ponce | Phyllis A. Preston |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo, Sharon Brunner, James Terrell. | Daniel S. Roberts, Nicole Roggeveen. |

____ Day Court Trial       7th Day Jury Trial
____ One day trial:   ____ Begun (1st day);   ____ Held & Continued;   X Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by _____
____ Witnesses called, sworn and testified.   ____ Exhibits Identified   ____ Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   ____ defendant(s) is read and filed.
✓ Jury polled.   ____ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).
✓ Findings, Conclusions of Law & Judgment to be prepared by   ✓ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by _____
____ Motion to dismiss by _____ is ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by _____ is ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted.   ____ denied.   ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Case continued to _____ for further trial/further jury deliberation.
✓ Other: All exhibits and deposition were returned to parties.

00 : 47

Initials of Deputy Clerk   MG/NP

cc: