REDACTED

*FILED*
CLERK, U.S. DISTRICT COURT
JUN 17 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DONASTORG, | Case No. 5:18-cv-00992-JGB (SPx) |
| Plaintiff, | *Honorable Jesus G. Bernal* |
| vs. | |
| CITY OF ONTARIO, et al., | **SPECIAL VERDICT** |
| Defendants. | |

WE, THE JURY in the above-entitled cause, unanimously find as follows on the questions submitted to us:

1

**QUESTION 1:** Did any of the following officers use excessive or unreasonable force against Richard Donastorg? Only answer yes if you find that that particular force item was excessive or unreasonable.

Use of Taser

| Officer | YES | NO |
|---|---|---|
| Joshua Hovey | | X |
| Bryce Wilson | | X |
| Joseph Giallo | | X |
| William Mlodzinski | | X |
| Joe Estrada | | X |

Deployment of Pepper Balls

| Officer | YES | NO |
|---|---|---|
| Edward Flores | | X |
| Brennan Falconieri | | X |

Deployment of 40mm Impact Rounds

| Officer | YES | NO |
|---|---|---|
| Christian Nelson | | X |

Baton/Flashlight Strikes

| Officer | YES | NO |
|---|---|---|
| Joshua Hovey | X | |
| Corey Hettinga | | X |
| Matthew Ross | | X |
| Gabriel Gutierrez | | X |

Closed-Fist Strikes with and without TASER

| Officer | YES | NO |
|---|---|---|
| William Mlodzinski | | X |

Deployment of K-9

| Officer | YES | NO |
|---|---|---|
| Gabriel Gutierrez (initial deployment) | | X |

| | | | |
|---|---|---|---|
| 1 | Gabriel Gutierrez (re deployment) | YES _____ | NO __X__ |
| 2 | James Flesher | YES _____ | NO __X__ |

**Application of Rip-Stop Hobble/Spit Mask**

| | | | |
|---|---|---|---|
| 5 | Brennan Falconieri | YES _____ | NO __X__ |
| 6 | Joseph Estrada | YES _____ | NO __X__ |

*If you answered "yes" for any defendant, please proceed to answer Question 2 only for that defendant / those defendants.*

*If you answered "no" to all defendants in Question 1, please skip Question 2 and proceed to Question 3.*

**QUESTION 2:** Was the use of excessive or unreasonable force a cause of Richard Donastorg's harm, damage, injury, or loss?

**Use of Taser**

| | | | |
|---|---|---|---|
| 17 | Joshua Hovey | YES _____ | NO __X__ |
| 18 | Bryce Wilson | YES _____ | NO __X__ |
| 19 | Joseph Giallo | YES _____ | NO __X__ |
| 20 | William Mlodzinski | YES _____ | NO __X__ |
| 21 | Joe Estrada | YES _____ | NO __X__ |

**Deployment of Pepper Balls**

| | | | |
|---|---|---|---|
| 24 | Edward Flores | YES _____ | NO __X__ |
| 25 | Brennan Falconieri | YES _____ | NO __X__ |

**Deployment of 40mm Impact Rounds**

| | | | |
|---|---|---|---|
| 27 | Christian Nelson | YES _____ | NO __X__ |

3

Baton/Flashlight Strikes

| Officer | YES | NO |
|---|---|---|
| Joshua Hovey | X | |
| Corey Hettinga | | X |
| Matthew Ross | | X |
| Gabriel Gutierrez | | X |

Closed-Fist Strikes with and without TASER

| Officer | YES | NO |
|---|---|---|
| William Mlodzinski | | X |

Deployment of K-9

| Officer | YES | NO |
|---|---|---|
| Gabriel Gutierrez (initial deployment) | | X |
| Gabriel Gutierrez (re-deployment) | | X |
| James Flesher | | X |

Application of Rip-Stop Hobble/Spit Mask

| Officer | YES | NO |
|---|---|---|
| Brennan Falconieri | | X |
| Joseph Estrada | | X |

*Please proceed to answer Question 3.*

**QUESTION 3:** Was any of the involved Ontario Police Department officers' conduct outrageous?

YES _____    NO __X__

*If you answered "yes" to Question 3, please proceed to Question 4.*
*If you answered "no" to Question 3, but "yes to Question 2, please skip Questions 4-6 and proceed to Question 7.*

4

*If you answered "no" to Question 1 for all defendants **and** "no" to Question 3, please sign and return this form.*

*If you answered "no" to Question 2 for all defendants **and** "no" to Question 3, please sign and return this form.*

**QUESTION 4**: Did any of the involved Ontario Police Department officers act with reckless disregard of the probability that Richard Donastorg would suffer emotional distress?

YES _____     NO _____

*If you answered "yes" to Question 4, please proceed to Question 5.*

*If you answered "no" to Question 4, but "yes" to Question 2, please skip Questions 5-6 and proceed to Question 7.*

*If you answered "no" to Question 1 for all defendants **and** "no" to Question 4, please sign and return this form.*

*If you answered "no" to Question 2 for all defendants **and** "no" to Question 4, please sign and return this form.*

**QUESTION 5**: Did the plaintiff suffer severe emotional distress?

YES _____     NO _____

*If you answered "yes" to Question 5, please proceed to Question 6.*

*If you answered "no" to Question 5, but "yes" to Question 2, please skip Question 6 and proceed to Question 7.*

    *If you answered "no" to Question 1 for all defendants **and** "no" to Question 5, please sign and return this form.*

    *If you answered "no" to Question 2 for all defendants **and** "no" to Question 5, please sign and return this form.*

**QUESTION 6**: Was the conduct of any of the involved Ontario Police Department officers a substantial factor in causing Richard Donastorg's severe emotional distress?

       YES _____      NO _____

*If you answered "yes" to Question 6, please proceed to answer Question 7.*

*If you answered "no" to Question 5, **but** "yes" to Question 2, please proceed to answer Question 7.*

*If you answered "no" to Question 1 for all defendants **and** "no" to Question 6, please sign and return this form.*

*If you answered "no" to Question 2 for all defendants **and** "no" to Question 6, please sign and return this form.*

**QUESTION 7**: What are Richard Donastorg's damages for his injury or harm?

  a. Past physical pain, disability, or disfigurement.    $ _250,000.00_

  b. Future physical pain, disability, or disfigurement.    $ _250,000.00_

  c. Past severe emotional distress.    $ _0.00_

  d. Future severe emotional distress    $ _0.00_

            **TOTAL:** $ _500,000.00_

6

Please proceed to the next question.

**QUESTION 8:** Was the conduct of any of the involved Ontario Police Department officers malicious, oppressive or in reckless disregard of Richard Donastorg's rights?

| Officer | YES | NO |
|---|---|---|
| Joseph Estrada | | X |
| Brennan Falconieri | | X |
| James Flesher | | X |
| Edward Flores | | X |
| Gabriel Gutierrez | | X |
| Joseph Giallo | | X |
| Corey Hettinga | | X |
| Joshua Hovey | | X |
| William Mlodzinski | | X |
| Christian Nelsen | | X |
| Matthew Ross | | X |
| Bryce Wilson | | X |

**QUESTION 9:** If you answered "yes" to Question 8 for any defendant, what amount of punitive damages do you award against him?

Joseph Estrada  _____

Brennan Falconieri  _____

James Flesher  _____

Edward Flores  _____

Gabriel Gutierrez  _____

Joseph Giallo  _____

7

1 | Corey Hettinga           _____
2 | Joshua Hovey             _____
3 | William Mlodzinski       _____
4 | Christian Nelsen         _____
5 | Matthew Ross             _____
6 | Bryce Wilson             _____

*Please sign and date this verdict form and return it to the Court.*

Dated: June 17th, 2021          Signed: ▮▮▮▮▮▮▮▮ Juror No. 3
                                        Jury Foreperson