UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

```
                    FILED
            CLERK, U.S. DISTRICT COURT

                   6/17/2021

            CENTRAL DISTRICT OF CALIFORNIA
            BY:        NP        DEPUTY
```

JURY NOTE

## JURY NOTE • NUMBER Two

Case No. EDCV18-00992-JGB-(SPx)

Title: RICHARD DONASTORG v. CITY OF ONTARIO, et al.
===============================================================

☐ The Jury has reached a unanimous verdict.

☒ Other:

- If permited, we would like to see the body cam footage in evidence from the following officers during 5:36:00 am – 5:39:00 am: Ross, Hovey, Mlodzinski, Gutierrez, and Giallo.

- While our final decision will be unanimous, do the individual answers also need to be unanimous?

Dated this 17th day of June, 2021.

Time: 9 : 14 am/pm

Juror 3 [REDACTED]

Court's Response: