

FILED
CLERK, U.S. DISTRICT COURT

6/17/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____NP_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

# JURY NOTE • NUMBER Three

Case No. EDCV18-00992-JGB-(SPx)

Title: RICHARD DONASTORG v. CITY OF ONTARIO, et al.

===============================================================

☐ The Jury has reached a unanimous verdict.

☒ Other: Can someone come in and explain Punitive damages in depth?

Juror 3

Dated this 17th day of June, 2021.

Time: 10:10 am/pm

Court's Response: