REDACTED



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

# JURY NOTE • NUMBER FOUR

Case No. EDCV18-00992-JGB-(SPx)

Title: RICHARD DONASTORG v. CITY OF ONTARIO, et al.

===============================================================

☒ The Jury has reached a unanimous verdict.

☐ Other:

_____
_____
_____
_____
_____
_____
_____

Juror 3

Dated this 17th day of June, 2021.

Time: 1:55 am/**pm**

Court's Response: