JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DONASTORG, | Case No. 5:18-cv-00992-JGB (SPx) |
| Plaintiff, | *Honorable Jesus G. Bernal* |
| vs. | **JUDGMENT** |
| CITY OF ONTARIO, et al., | |
| Defendants. | |

**JUDGMENT**

This action came regularly for trial on June 8, 2021 in Courtroom 1 of the United States District Court, Central District of California, Honorable Jesus G. Bernal presiding. Plaintiff Richard Donastorg was represented by attorneys Dale K. Galipo and Hang D. Le of the Law Offices of Dale K. Galipo, James S. Terrell of the Law Office of James S. Terrell, and Sharon J. Brunner of the Law Office of Sharon J. Brunner. Defendants City of Ontario, Joshua Hovey, Bryce Wilson, James Flesher, William Mlodzinksi, Joseph Estrada, Gabriel Gutierrez, Joseph Giallo, Edward Flores, Christian Nelsen, Matthew Ross, Corey Hettinga, and Brennan Falconieri were represented by Daniel S. Roberts and Nicole R. Roggeveen of Cole Huber LLP.

A jury was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict.

Based upon that verdict, IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

In favor of Plaintiff Richard Donastorg and against Defendant Joshua Hovey in the total sum of $500,000 plus costs pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of the entry of judgment at the rate specified by 28 U.S.C. § 1961, and reasonable statutory attorneys' fees as may be awarded by the Court on proper motion. Plaintiff Richard Donastorg, as the prevailing party, may apply to the Court for an award of costs and reasonable statutory attorneys' fees as permitted by federal law.

The jury made no finding of liability as to Defendants City of Ontario, Bryce Wilson, James Flesher, William Mlodzinksi, Joseph Estrada, Gabriel Gutierrez, Joseph Giallo, Edward Flores, Christian Nelsen, Matthew Ross, Corey Hettinga, and

1  Brennan Falconieri.

2

3          **IT IS SO ORDERED.**

4

5  Dated: August 5, 2021

6                                          _____
                                            Honorable Jesus G. Bernal
                                            United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28