DANIEL S. ROBERTS, Bar No. 205535
droberts@colehuber.com
NICOLE R. ROGGEVEEN, Bar No. 252587
nroggeveen@colehuber.com
COLE HUBER LLP
3401 Centrelake Drive, Suite 670
Ontario, California 91761
Telephone:   (909) 230-4209
Facsimile:    (909) 937-2034

Attorneys for Defendants City of Ontario,
Joe Estrada, Brennan Falconieri,
James Flesher, Edward Flores,
Gabriel Gutierrez, Joseph Giallo,
Corey Hettinga, Joshua Hovey,
William Mlodzinski, Christian Nelsen,
Matthew Ross, and Bryce Wilson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DONASTORG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ONTARIO, POLICE CHIEF BRAD KAYLOR, CORPORAL JOE ESTRADA, BRENNAN FALCONIERI, SERGEANT FLESHER, EDWARD FLORES, GABRIEL GUTIERREZ, SERGEANT JOSEPH GIALLO, COREY HETTINGA, JOSHUA HOVEY, WILLIAM MLODZINSKI, CHRISTIAN NELSEN, MATTHEW ROSS, BRYCE WILSON, AND DOES 1-10 INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 5:18-cv-00992-JGB-(SPx)<br>Hon. Jesus G. Bernal<br><br>**REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**<br><br>Date:　September 20, 2021<br>Time:　9:00 a.m.<br>Crtrm.　One |

00080738.1

Defendant Joshua Hovey respectfully requests the Court hear oral argument on Plaintiff's Motion for Attorney's Fees, noticed for hearing on September 20, 2021 at 9:00 a.m.  Oral argument on this motion is necessary so that defense counsel can address arguments and authorities that Plaintiff did not include in the moving papers but instead raised for the first time in his Reply, including Plaintiff's request for a multiplier.

Dated:  September 13, 2021

Respectfully submitted,

COLE HUBER LLP

By:     /s/ Daniel S. Roberts
Daniel S. Roberts
Nicole R. Roggeveen
Attorneys for Defendants City of Ontario, Joe Estrada, Brennan Falconieri, James Flesher, Edward Flores, Gabriel Gutierrez, Joseph Giallo, Corey Hettinga, Joshua Hovey, William Mlodzinski, Christian Nelsen, Matthew Ross, and Bryce Wilson

00080738.1